**Order entered September 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01445-CV

## MONTGOMERY J. BENNETT AND
## EVAN LANE (VAN) SHAW, Appellants

## V.

## MATTHEW ZUCKER, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-17721**

## ORDER

Before the Court is appellants' September 14, 2020 unopposed motion for a three-day extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 17, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE